HANSEN BEVERAGE V. NATIONAL BEVERAGE          7713

Appendix



